IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                          No. CIV S-08-2078 EFB P

   vs.

STEVE MOORE, Warden, et al.,

      Defendants.                ORDER

_____/

     Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

     To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

     Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

     Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

/////

/////

1

to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

DATED: October 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE