IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                          No. CIV S-08-2078 EFB P

    vs.

STEVE MOORE, Warden, et al,

      Defendants.                ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  The matter is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      With the filing of his complaint, plaintiff neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.  Accordingly, on October 22, 2008, the court gave plaintiff 30 days to pay the filing fee or submit a proper application to proceed *in forma pauperis*.

      Plaintiff has not paid the filing fee, submitted an application for leave to proceed *in forma pauperis* nor otherwise responded to this court's order.

////

////

1 |     Accordingly, this action is dismissed without prejudice.
2 | DATED: January 14, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE